IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**AVEANNA HEALTHCARE, LLC**,

    Plaintiff,

v.

**JANE E. DOSS**,

    Defendant.

Case No. 22-CV-00094-GKF-SH

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for: Aveanna Healthcare, LLC.

Dated: March 9, 2022

Type of Appointment:

☒ Retained
☐ CJA
☐ FPD
☐ Pro Bono
☐ Pro Se

/s/ *Jason E. Bring*
Jason E. Bring, *pro hac vice*
ARNALL GOLDEN GREGORY LLP
171 17th St. NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500
*jason.bring@agg.com*

COUNSEL FOR PLAINTIFF
AVEANNA HEALTHCARE, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on March 9, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of the Electronic Filing to all ECF registrants.

                                          /s/ *Jason E. Bring*
                                          Jason E. Bring